**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

SUSAN M. SMALLEY
CHIEF U.S. PROBATION OFFICER

766 SHREWSBURY AVENUE
1ST FLOOR
TINTON FALLS, NJ
(732) 933-9412
FAX: (732) 933-9427

November 8, 2023

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Robert Kirsch, United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: Berk, Michael
DKT NO: 03-23-CR-539-001
**Request to Release Pre-Sentence Report for Megan's Law Purposes**

Dear Judge Kirsch,

On October 26, 2009, the above-named individual was sentenced by the Honorable George Z. Singal, United States District Judge, District of Maine to 200 months custody and 5 years supervised release for Enticing a Minor and Possession of Child Pornography. Additionally, special conditions of computer monitoring, mental health treatment, sex offender registration, polygraph testing, and DNA collection were ordered. Mr. Berk was released from custody on October 24, 2023, and he has been supervised by the undersigned exclusively since his release date. Due to his residency in New Jersey, jurisdiction in this case was transferred in July 2023.

Mr. Berk has registered as a sex offender in New Jersey, and the local authorities are requesting information that is included in the Presentence Reports to determine a tier classification level. Therefore, we are requesting permission to release the Presentence Report for Megan's Law classification purposes only. Please sign or initial below to indicate your response to this matter.

We remain available should Your Honor wish to discuss this matter further, and the undersigned can be reached at (973) 207-9754.

Respectfully submitted,
SUSAN M. SMALLEY, ESQ., Chief
U.S. Probation Officer

Matthew C. Kurzawa
Senior U.S. Probation Officer

____✓____ I will allow the Presentence Report to be released for sex offender registration purposes.

_____ I will not allow the release of the Presentence Report.

U.S.D.J.
(11/13/23)